## No. 7268.

### CHARLES G. ERATH vs. ARISTIDE DORVILLE ET ALS.

A mortgagee cannot enforce the mortgage given him for the purpose of eluding the mortgagor's creditors, of which purpose the mortgagee was cognizant.

The adjudication of real estate would be sufficient title if the buyer had complied, or had offered is a proper way to comply with the terms of sale; and the recording of such adjudication, when such compliance has been made or offered, protects the buyer against any subsequent disposition of the property by the seller.

Even if the buyer had complied with the terms, and had put the seller in default for failure to deliver possession and to sign the act of sale, and the buildings are burnt, and it was not in human power to prevent their destruction, the loss would be that of the buyer.

The buyer at an auction sale does not become the owner, nor is he entitled to possession against the will of the seller, until he has complied with the terms of sale.

If the buyer to all appearance takes time to deliberate whether he will comply with the terms or repudiate the adjudication, he cannot claim rent from his vendor from the time of adjudication, for the use and occupancy during the period of his deliberation.

APPEAL from the Fifth District Court of New Orleans. ROGERS, J.

*A. J. Ker* for Plaintiff Appellant. *Duplantier* for Defendants who are Appellees. *Louque* for other Defendants Appellants.

MARR, J., delivered the opinion amending the judgment.